# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00681-CV

**Derrasette Westbrook, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 212,847-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order terminating the parental rights of Derrasette Westbrook to her minor child, F.M. Westbrook's court-appointed attorney filed an *Anders* brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced on appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967). Counsel concludes that the appeal is without merit. The brief meets the requirements of *Anders*. *See Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights).

A copy of counsel's brief was delivered to Westbrook, who was advised of her right to examine the record and to file a pro se brief. No pro se brief has been filed. After reviewing the record, we have found nothing that would arguably support an appeal, and we agree that the appeal

is frivolous and without merit.  We affirm the judgment of the trial court and further grant counsel's motion to withdraw as attorney.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Affirmed

Filed:   August 29, 2007

2